*1074 ante, p. 815;
ante, p. 815;
ante, p. 817;
ante, p. 822;
ante, p. 822;
ante, p. 822;
ante, p. 823;
ante, p. 824;
ante, p. 827;
ante, p. 829;
ante, p. 830;
ante, p. 831;
ante, p. 831;
ante, p. 831;
ante, p. 835;
ante, p. 835;
ante, p. 835;
ante, p. 836;
ante, p. 836;
ante, p. 836;
ante, p. 839;
ante, p. 840;
ante, p. 841;
*1075 No. 10-10641.
No. 10-10681.
No. 10-10684.
No. 10-10693.
No. 10-10719.
No. 10-10752.
No. 10-10760.
No. 10-10878.
No. 10-10912.
No. 10-10983.
No. 10-10991.
No. 10-10999.
No. 10-11008.
No. 10-11013.
No. 10-11033.
No. 10-11057.
No. 10-11142.
No. 10-11148.
No. 10-11151.
No. 10-11242.
No. 11-55.
No. 11-108.
No. 11-200.
No. 11-201.
No. 11-5082.
No. 11-5115.
ante, p. 842;
ante, p. 843;
ante, p. 844;
ante, p. 844;
ante, p. 846;
ante, p. 847;
ante, p. 848;
ante, p. 854;
ante, p. 856;
ante, p. 860;
ante, p. 861;
ante, p. 861;
ante, p. 862;
ante, p. 862;
ante, p. 863;
ante, p. 864;
ante, p. 869;
ante, p. 869;
ante, p. 870;
ante, p. 874;
ante, p. 880;
ante, p. 882;
ante, p. 884;
ante, p. 963;
ante, p. 889;
ante, p. 890;
*1076 No. 11-5224.
No. 11-5271.
No. 11-5295.
No. 11-5304.
No. 11-5307.
No. 11-5360.
No. 11-5502.
No. 11-5507.
No. 11-5526.
No. 11-5571.
No. 11-5650.
No. 11-5711.
No. 11-5760.
No. 11-5800.
No. 11-5934.
No. 11-6020.
No. 11-6128.
ante, p. 896;
ante, p. 898;
ante, p. 900;
ante, p. 900;
ante, p. 900;
ante, p. 903;
ante, p. 911;
ante, p. 911;
ante, p. 912;
ante, p. 914;
ante, p. 948;
ante, p. 919;
ante, p. 950;
ante, p. 922;
ante, p. 952;
ante, p. 927; and
ante, p. 940. Petitions for rehearing denied.